# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                              Chapter 13

    JAMES  D ZIEGLER                                            Bankruptcy No. 22-10040-MDC

    122 FERNWOOD ROAD

    COCHRANVILLE, PA 19330

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    JAMES  D ZIEGLER

    122 FERNWOOD ROAD

    COCHRANVILLE, PA 19330

**Counsel for debtor(s), by electronic notice only.**
    CHRISTOPHER CONSTANTINE CARR, ESQ
    3240 TYNING LANE

    DOWNINGTOWN,, PA 19335-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 4/5/2022                                                                                          /s/ Kenneth E. West

                                                                                    _____
                                                                                    Kenneth E. West, Esquire
                                                                                    Chapter 13 Standing Trustee