# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 22-10040-MDC

JAMES D ZIEGLER

122 FERNWOOD ROAD

COCHRANVILLE, PA 19330

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JAMES D ZIEGLER

    122 FERNWOOD ROAD

    COCHRANVILLE, PA 19330

Counsel for debtor(s), by electronic notice only.

    CHRISTOPHER CONSTANTINE CARR, ESQ
    3240 TYNING LANE

    DOWNINGTOWN,, PA 19335-

Date: 4/19/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee