# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                         Chapter 13

JAMES D ZIEGLER            Bankruptcy No. 22-10040-MDC

122 FERNWOOD ROAD

COCHRANVILLE, PA 19330

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
JAMES D ZIEGLER

122 FERNWOOD ROAD

COCHRANVILLE, PA 19330

**Counsel for debtor(s), by electronic notice only.**
CHRISTOPHER CONSTANTINE CARR, ESQ
3240 TYNING LANE

DOWNINGTOWN,, PA 19335-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Date: 4/20/2022                                                  /s/ Kenneth E. West

                                                                     _____
                                                                     Kenneth E. West, Esquire
                                                                     Chapter 13 Standing Trustee