UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:    James D Ziegler<br>            Debtor | Case No.: 22-10040-mdc<br><br>Chapter: 13 |
| Fay Servicing, LLC as Servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as Trustee of LSF9 Master Participation Trust<br>Movant<br>v.<br><br>James D Ziegler<br>Patti Jo Ziegler- Co-Debtor<br>Kenneth E. West- Trustee<br>            Respondents | Judge:  Magdeline D. Coleman<br><br>Hearing Date: May 31, 2022 at 10:30 am<br><br>Objection Deadline: May 20, 2022 |

## NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY

     Fay Servicing, LLC as Servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as Trustee of LSF9 Master Participation Trust has filed a Motion for Relief from Stay and Co-Debtor Stay with the Court in order to gain Court authority to foreclose on real property known as 122 Fernwood Rd, Cochranville, PA 19330

     **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

     1. If you do not want the Court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before May 20, 2022 (14 days after the date the notice was mailed) you or your attorney must do all of the following:

     (a)  file an answer explaining your position at

Clerk of Court
United States Bankruptcy Court
Robert N.C. Nix, Sr. Federal Courthouse
900 Market Street, Suite 400
Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the movant's attorney:

Lauren M. Moyer, Esquire
Friedman Vartolo, LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

    2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

    3. A hearing on the motion is scheduled to be held before the Honorable Eric L. Frank on the 31st day of May, 2022, at 10:30 A.M., at Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.

    4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Dated: May 6, 2022

                                                        By: /s/ Lauren M. Moyer
                                                        Lauren M. Moyer, Esquire
                                                        FRIEDMAN VARTOLO LLP
                                                        Attorneys for Movant
                                                        1325 Franklin Avenue, Suite 160
                                                        Garden City, New York 11530
                                                        T: (212) 471-5100
                                                        Bankruptcy@FriedmanVartolo.com

TO:

**Trustee**
Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

**Debtor's Counsel**
Christopher Constantine Carr, Esquire
Law Offices of Christopher C. Carr
3240 Tyning Lane
Downingtown, PA 19335

**U.S. Trustee**
United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

**Debtor**
James D Ziegler
122 Fernwood Road
Cochranville, PA 19330-1116

**Co-Debtors**
Patti Jo Ziegler
122 Fernwood Rd
Cochranville, PA 19330