UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: James D Ziegler<br>Debtor<br><br>Fay Servicing, LLC as Servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as Trustee of LSF9 Master Participation Trust<br>Movant<br>v.<br><br>James D Ziegler<br>Patti Jo Ziegler- Co-Debtor<br>Kenneth E. West- Trustee<br>Respondents | Case No.: 22-10040-mdc<br><br>Chapter: 13<br><br>Judge: Magdeline D. Coleman<br><br>Hearing Date:<br><br>Objection Deadline: |

## ORDER APPROVING SETTLEMENT STIPULATION

AND NOW, this __14th__ day of __September__ 2022, it is hereby ORDERED and DECREED that the Settlement Stipulation resolving Creditor, Fay Servicing, LLC as Servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as Trustee of LSF9 Master Participation Trust's Motion for Relief from Automatic Stay (Doc. 43) is hereby APPROVED.

BY THE COURT:

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge