## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  James D. Ziegler

                Debtor(s)

U.S. Bank Trust National Association, Not In Its
Individual Capacity, But Solely As Trustee of LSF9
Master Participation Trust, its successors and/or assigns

                Movant

        vs.

James D. Ziegler

                Debtor(s)

Kenneth E. West

                Trustee

CHAPTER 13

NO. 22-10040 MDC

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Objection to Confirmation of U.S. Bank Trust National Association, Not In Its
Individual Capacity, But Solely As Trustee of LSF9 Master Participation Trust, which was filed with the
Court on or about **April 4, 2022, docket number 30**.

                Respectfully submitted,

                /s/ Brian C. Nicholas, Esq.

                _____
                Brian C. Nicholas, Esquire
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA  19106
                Phone: (215)-627-1322

Dated: January 5, 2022