United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10040-mdc |
| James D Ziegler | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 07, 2023 | Form ID: 155 | Total Noticed: 28 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | James D Ziegler, 122 Fernwood Road, Cochranville, PA 19330-1116 |
| 14676780 | + | Citadel Credit Union, ATTN: Collections, 520 Eagleview Blvd, Exton, Exton, PA 19341-1119 |
| 14671657 | | PHEAA/Federal Loan Servicing, P.O. Box 60610, Harrisburg, PA 17106-0610 |
| 14671659 | + | PRA Receivables, LLC, P.O. Box 41021, Norfolk, VA 23541-1021 |
| 14671656 | | Patti J. Ziegler, 122 Fernwood Road, Cochranville, PA 19330-1116 |
| 14671661 | | Tower Health, 420 S 5th Avenue, Reading, PA 19611-2143 |
| 14681064 | + | U.S. Bank Trust National Association, c/o Rebecca Solarz, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14661287 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 07 2023 23:13:42 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14661574 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 07 2023 23:13:51 | Ally Bank Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14673347 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 07 2023 23:13:42 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14671650 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 07 2023 23:11:00 | Ally Financial, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 14676786 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 07 2023 23:13:32 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14671651 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 07 2023 23:13:32 | Best Buy/CBNA, 5800 South Corporate Place, Mail Code 234, Sioux Falls, SD 57108-5027 |
| 14674598 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 07 2023 23:13:32 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14671652 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 07 2023 23:13:51 | Capital One Bank (USA), N.A., P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 14662810 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 07 2023 23:13:42 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14671653 | | Email/Text: bankruptcycollections@citadelbanking.com | Apr 07 2023 23:11:00 | Citadel Federal Credit Union, 40 North Bailey Road, Thorndale, PA 19372-1026 |
| 14671654 | | Email/Text: ECF@fayservicing.com | Apr 07 2023 23:11:00 | Fay Servicing, LLC, 3000 KELLWAY DR, Suite 150, Carrollton, TX 75006-3357 |
| 14676884 | | Email/Text: ECF@fayservicing.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 07, 2023 | Form ID: 155 | Total Noticed: 28 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Apr 07 2023 23:11:00 | Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14685371 | ^ | MEBN | | |
| | | | Apr 07 2023 23:06:38 | Fay Servicing, LLC as Servicer for U.S. Bank Trust, c/o Lauren M. Moyer, Esquire, FRIEDMAN VARTOLO, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 14671655 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Apr 07 2023 23:11:00 | Internal Revenue Service, Department of the Treasury, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14671662 | | Email/Text: BankruptcyECFMail@mccalla.com | | |
| | | | Apr 07 2023 23:11:00 | U.S. Bank Trust National Association,, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076-2102 |
| 14665284 | | Email/Text: BankruptcyECFMail@mccalla.com | | |
| | | | Apr 07 2023 23:11:00 | U.S. Bank Trust National Association, not in its, c/o Maria Tsagaris, McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14671658 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Apr 07 2023 23:13:42 | Portfolio Recovery Associates, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502-4962 |
| 14673410 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Apr 07 2023 23:13:42 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14671660 | | Email/PDF: tbiedi@PRAGroup.com | | |
| | | | Apr 07 2023 23:13:42 | The Bureaus, 650 DUNDEE RD, Suite 370 ED, Northbrook, IL 60062-2747 |
| 14661849 | + | Email/PDF: rmscedi@recoverycorp.com | | |
| | | | Apr 07 2023 23:13:51 | The Bureaus, Inc., c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14676095 | ^ | MEBN | | |
| | | | Apr 07 2023 23:06:34 | U.S. Bank Trust National Association, et al., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2023                Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 07, 2023 | Form ID: 155 | Total Noticed: 28 |

CHRISTOPHER CONSTANTINE CARR
    on behalf of Debtor James D Ziegler cccarresq@aol.com loanmodbycccesq@aol.com;ccr74486@notify.bestcase.com

JOSHUA I. GOLDMAN
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

LAUREN MOYER
    on behalf of Creditor Fay Servicing  LLC as Servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as Trustee of LSF9 Master Participation Trust lmoyer@friedmanvartolo.com

LAUREN MOYER
    on behalf of Creditor Fay Servicing  LLC as Servicer for Judge: Magdeline D. Coleman U.S. Bank Trust National Association, not in its individual capacity but solely as Trustee of LSF9 Master Participation Trust lmoyer@friedmanvartolo.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: James D Ziegler
     Debtor(s)

Chapter: 13

Bankruptcy No: 22−10040−mdc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this April 6, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                      Magdeline D. Coleman
                                      Chief Judge ,
                                      United States Bankruptcy Court

                                                        96
                                                     Form 155