UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: James D Ziegler<br>Debtor<br><br>Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust<br>Movant<br>v.<br><br>James D Ziegler<br>KENNETH E. WEST- Trustee<br>Respondents | Case No.: 22-10040-mdc<br><br>Chapter: 13<br><br>Judge: Magdeline D. Coleman |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

**UPON** consideration of the Certification of Default filed by Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust dated June 21, 2023 and with good cause therefore, it is

**ORDERED** the automatic stay, heretofore in effect pursuant to 11 U.S.C. § 362(a), is hereby vacated for cause pursuant to 11 U.S.C. § 362(d)(1) to permit Movant to exercise all rights available to it under applicable law with respect to 122 Fernwood Rd, Cochranville, PA 19330 and it is further;

**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further;

**ORDERED** that the Movant shall promptly report to the Chapter 13 Trustee any surplus monies realized by any sale of the Property.

Date: June 30, 2023

BY THE COURT:

_Magdeline D. Coleman_
_____
MAGDELINE D. COLEMAN
Chief Bankruptcy Judge          U.S.B.J.