# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   JAMES D. ZIEGLAR | CHAPTER 13 |
| DEBTOR(S) | CASE NUMBER:  22-10040-MDC |

## PRAECIPE TO WITHDRAW DOCUMENT DOCUMENT NUMBER 107

## FILED IN ERROR

.
Respectfully submitted,

Date:  April 4, 2024

_____

Christopher Constantine Carr Esquire

PA Attorney #46249

3240 Tyning Lane

Downingtown, PA  19335

Phone:  610.380.7969

Fax:  888.503.3513

E-Mail:  cccarresq@aol.com