UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     James D. Ziegler                              Chapter 13

Docket No. 2022-10040-MDC

_____

**ORDER FOR VOLUNARY DISMISSAL OF CHAPTER 13 BANKRUPTCY CASE**

In consideration of DEBTOR, James D. Ziegler's motion to voluntarily dismiss the above Chapter 13 case pursuant to 11 U.S.C. 1307 (b), it is hereby Ordered that such case be and is hereby dismissed.

Dated: April 11 , 2024

The Honorable Magdeline Coleman

United States Bankruptcy Judge