UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   James D. Ziegler | Chapter 13 |
| | Docket No. 22-10040-MDC |

**ORDER FOR VOLUNARY DISMISSAL OF CHAPTER 13 BANKRUPTCY CASE**

In consideration of DEBTOR, James D. Ziegler's motion to voluntarily dismiss the above Chapter 13 case pursuant to 11 U.S.C. 1307 (b), it is hereby Ordered that such case be and is hereby dismissed.

Dated: April 12 , 2024

_____

The Honorable Magdeline Coleman

United States Bankruptcy Judge