United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                              Case No. 22-10040-mdc
James D Ziegler                                                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                    User: admin                         Page 1 of 3
Date Rcvd: Apr 15, 2024                 Form ID: pdf900                     Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | James D Ziegler, 122 Fernwood Road, Cochranville, PA 19330-1116 |
| 14674598 | | Bureaus Investment Group Portfolio No 15 LLC, PO Box 2489, Kirkland, WA 98083-2489 |
| 14676780 | + | Citadel Credit Union, ATTN: Collections, 520 Eagleview Blvd, Exton, Exton, PA 19341-1119 |
| 14671657 | | PHEAA/Federal Loan Servicing, P.O. Box 60610, Harrisburg, PA 17106-0610 |
| 14671656 | | Patti J. Ziegler, 122 Fernwood Road, Cochranville, PA 19330-1116 |
| 14661849 | + | The Bureaus, Inc., c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14671661 | | Tower Health, 420 S 5th Avenue, Reading, PA 19611-2143 |
| 14681064 | + | U.S. Bank Trust National Association, c/o Rebecca Solarz, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 16 2024 00:08:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 16 2024 00:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: bnc-thebureaus@quantum3group.com | Apr 16 2024 00:08:00 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | ^ | MEBN | Apr 15 2024 23:57:13 | Fay Servicing, LLC as Servicer for U.S. Bank Trus, c/o Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| cr | ^ | MEBN | Apr 15 2024 23:57:12 | Fay Servicing, LLC as Servicer for Judge: Magdelin, c/o Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NJ 11530-1631 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Apr 16 2024 00:08:00 | U.S. Bank Trust National Association, not in its i, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2024 00:28:22 | The Bureaus, Inc., c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14661287 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 16 2024 00:17:40 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14661574 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 16 2024 00:28:26 | Ally Bank Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14673347 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 15, 2024 | Form ID: pdf900 | Total Noticed: 36 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 16 2024 00:17:40 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14671650 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 16 2024 00:08:00 | Ally Financial, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 14676786 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 16 2024 00:17:48 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14671651 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2024 00:28:26 | Best Buy/CBNA, 5800 South Corporate Place, Mail Code 234, Sioux Falls, SD 57108-5027 |
| 14797389 | | Email/Text: bnc-thebureaus@quantum3group.com | Apr 16 2024 00:08:00 | Bureaus Investment Group Portfolio No 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14671652 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 16 2024 00:17:40 | Capital One Bank (USA), N.A., P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 14662810 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 16 2024 00:16:14 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14671653 | | Email/Text: bankruptcycollections@citadelbanking.com | Apr 16 2024 00:08:00 | Citadel Federal Credit Union, 40 North Bailey Road, Thorndale, PA 19372-1026 |
| 14671654 | | Email/Text: ECF@fayservicing.com | Apr 16 2024 00:08:00 | Fay Servicing, LLC, 3000 KELLWAY DR, Suite 150, Carrollton, TX 75006-3357 |
| 14676884 | | Email/Text: ECF@fayservicing.com | Apr 16 2024 00:08:00 | Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14685371 | ^ | MEBN | Apr 15 2024 23:57:10 | Fay Servicing, LLC as Servicer for U.S. Bank Trust, c/o Lauren M. Moyer, Esquire, FRIEDMAN VARTOLO, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 14671655 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 16 2024 00:08:00 | Internal Revenue Service, Department of the Treasury, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14671662 | | Email/Text: BankruptcyECFMail@mccalla.com | Apr 16 2024 00:08:00 | U.S. Bank Trust National Association,, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076-2102 |
| 14665284 | | Email/Text: BankruptcyECFMail@mccalla.com | Apr 16 2024 00:08:00 | U.S. Bank Trust National Association, not in its, c/o Maria Tsagaris, McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14671658 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2024 00:29:23 | Portfolio Recovery Associates, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502-4962 |
| 14673410 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2024 00:30:22 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14671659 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2024 00:30:14 | PRA Receivables, LLC, P.O. Box 41021, Norfolk, VA 23541-1021 |
| 14671660 | | Email/Text: bnc-thebureaus@quantum3group.com | Apr 16 2024 00:08:00 | The Bureaus, 650 DUNDEE RD, Suite 370 ED, Northbrook, IL 60062-2747 |
| 14676095 | ^ | MEBN | Apr 15 2024 23:57:04 | U.S. Bank Trust National Association, et al., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 28

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 15, 2024 | Form ID: pdf900 | Total Noticed: 36 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2024 at the address(es) listed below:

**Name** — **Email Address**

CHRISTOPHER CONSTANTINE CARR
on behalf of Debtor James D Ziegler cccarresq@aol.com loanmodbycccesq@aol.com;ccr74486@notify.bestcase.com

DENISE ELIZABETH CARLON
on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust bkgroup@kmllawgroup.com

JOSHUA I. GOLDMAN
on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

LAUREN MOYER
on behalf of Creditor Fay Servicing  LLC as Servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as Trustee of LSF9 Master Participation Trust bkecf@friedmanvartolo.com

LAUREN MOYER
on behalf of Creditor Fay Servicing  LLC as Servicer for Judge: Magdeline D. Coleman U.S. Bank Trust National Association, not in its individual capacity but solely as Trustee of LSF9 Master Participation Trust bkecf@friedmanvartolo.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    James D. Ziegler                          Chapter 13

                                                    Docket No. 22-10040-MDC

_____

**ORDER FOR VOLUNARY DISMISSAL OF CHAPTER 13 BANKRUPTCY CASE**

In consideration of DEBTOR, James D. Ziegler's motion to voluntarily dismiss the above Chapter 13 case pursuant to 11 U.S.C. 1307 (b), it is hereby Ordered that such case be and is hereby dismissed.

Dated: April 12 , 2024

_____

The Honorable Magdeline Coleman

United States Bankruptcy Judge

4